

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.                                      INDICTMENT NO. 21-14-DLB-CJS

TASHIA T. BENSON and
JERRY D. TAYLOR

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about September 2, 2020, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**TASHIA T. BENSON and
JERRY D. TAYLOR**

conspired together and with others to distribute, and possess with intent to distribute, controlled substances, including (1) 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and (2) a quantity of marijuana, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about September 2, 2020, in Boone County, in the Eastern District of

Kentucky,

**TASHIA T. BENSON and
JERRY D. TAYLOR,**

aiding and abetting each other, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

<u>**COUNT 3**</u>
**21 U.S.C. § 841(a)(1)
18 U.S.C. § 2**

On or about September 2, 2020, in Boone County, in the Eastern District of Kentucky,

**TASHIA T. BENSON and
JERRY D. TAYLOR,**

aiding and abetting each other, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**FOREPERSON**

_____ for
**CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1–2:** **COCAINE**
Not less than 5 years and not more than 40 years imprisonment, a $5,000,000 fine, and at least 4 years supervised release.

**If a prior serious drug felony or serious violent felony**, not less than 10 years and not more than life imprisonment, an $8,000,000 fine, and at least 8 years supervised release.

**MARIJUANA**
Not more than 5 years imprisonment, a $250,000 fine, and at least 2 years supervised release.

**If a prior drug felony**, not more than 10 years imprisonment, a $500,000 fine, and at least 4 years supervised release.

**COUNT 2:** Not less than 5 years and not more than 40 years imprisonment, a $5,000,000 fine, and at least 4 years supervised release.

**If a prior serious drug felony or serious violent felony**, not less than 10 years and not more than life imprisonment, an $8,000,000 fine, and at least 8 years supervised release.

**COUNT 3:** Not more than 5 years imprisonment, a $250,000 fine, and at least 2 years supervised release.

**If a prior drug felony**, not more than 10 years imprisonment, a $500,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.